# EXHIBIT A

# UNITED STATES PATENT AND TRADEMARK OFFICE

**UNITED STATES DEPARTMENT OF COMMERCE**
**United States Patent and Trademark Office**
Address:  COMMISSIONER FOR PATENTS
P.O. Box 1450
Alexandria, Virginia 22313-1450
www.uspto.gov

| APPLICATION NO. | FILING DATE | FIRST NAMED INVENTOR | ATTORNEY DOCKET NO. | CONFIRMATION NO. |
|---|---|---|---|---|
| 90/015,292 | 09/02/2023 | 10972584 | 23-0463-US-REX2 | 1014 |

106928     7590     03/26/2026

Koffsky Schwalb LLC
500 Seventh Avenue
8th Floor
New York, NY 10018

| EXAMINER |
|---|
| BONSHOCK, DENNIS G |

| ART UNIT | PAPER NUMBER |
|---|---|
| 3992 | |

| MAIL DATE | DELIVERY MODE |
|---|---|
| 03/26/2026 | PAPER |

**Please find below and/or attached an Office communication concerning this application or proceeding.**

The time period for reply, if any, is set in the attached communication.

PTOL-90A (Rev. 04/07)



**UNITED STATES PATENT AND TRADEMARK OFFICE**

Commissioner for Patents
United States Patent and Trademark Office
P.O. Box 1450
Alexandria, VA 22313-1450
www.uspto.gov

**DO NOT USE IN PALM PRINTER**

(THIRD PARTY REQUESTER'S CORRESPONDENCE ADDRESS)

MBHB - Roku
300 South Wacker Drive
Suite 3100
Chicago IL 60606

# *EX PARTE* REEXAMINATION COMMUNICATION TRANSMITTAL FORM

REEXAMINATION CONTROL NO. *90/015,292* .

PATENT UNDER REEXAMINATION *10972584* .

ART UNIT *3992* .

Enclosed is a copy of the latest communication from the United States Patent and Trademark Office in the above identified *ex parte* reexamination proceeding (37 CFR 1.550(f)).

Where this copy is supplied after the reply by requester, 37 CFR 1.535, or the time for filing a reply has passed, no submission on behalf of the *ex parte* reexamination requester will be acknowledged or considered (37 CFR 1.550(g)).

PTOL-465 (Rev.07-04)

| *Notice of Intent to Issue* *Ex Parte Reexamination Certificate* | Control No. 90/015,292 | Patent Under Reexamination 10972584 | |
|---|---|---|---|
| | Examiner DENNIS G BONSHOCK | Art Unit 3992 | AIA (First Inventor to File) Status No |

*-- The MAILING DATE of this communication appears on the cover sheet with the correspondence address --*

1. ☑ Prosecution on the merits is (or remains) closed in this *ex parte* reexamination proceeding. This proceeding is subject to reopening at the initiative of the Office or upon petition. *Cf.* 37 CFR 1.313(a). A Certificate will be issued in view of
(a) ☑ Patent owner's communication(s) filed: 7/10/2025.
(b) ☐ Patent owner's failure to file an appropriate timely response to the Office action mailed: _____.
(c) ☐ Patent owner's failure to timely file an Appeal Brief (37 CFR 41.31).
(d) ☐ The decision on appeal by the ☐ Board of Patent Appeals and Interferences ☐ Court dated _____
(e) ☐ Other: _____.

2. The Reexamination Certificate will indicate the following:
(a) Change in the Specification: ☐ Yes   ☐ No
(b) Change in the Drawing(s):   ☐ Yes   ☐ No
(c) Status of the Claim(s):

   (1) Patent claim(s) confirmed: 1-99.
   (2) Patent claim(s) amended (including dependent on amended claim(s)): _____
   (3) Patent claim(s) canceled: _____.
   (4) Newly presented claim(s) patentable: _____.
   (5) Newly presented canceled claims: _____.
   (6) Patent claim(s) ☐ previously ☐ currently disclaimed: _____
   (7) Patent claim(s) not subject to reexamination: _____.

3. ☐ A declaration(s)/affidavit(s) under **37 CFR 1.130(b)** was/were filed on _____.

4. ☐ Note the attached statement of reasons for patentability and/or confirmation. Any comments considered necessary by patent owner regarding reasons for patentability and/or confirmation must be submitted promptly to avoid processing delays. Such submission(s) should be labeled: "Comments On Statement of Reasons for Patentability and/or Confirmation."

5. ☐ Note attached NOTICE OF REFERENCES CITED (PTO-892).

6. ☐ Note attached LIST OF REFERENCES CITED (PTO/SB/08 or PTO/SB/08 substitute).

7. ☐ The drawing correction request filed on _____ is: ☐approved ☐disapproved.

8. ☐ Acknowledgment is made of the priority claim under 35 U.S.C. § 119(a)-(d) or (f).
   a) ☐ All   b) ☐ Some*   c) ☐None of the certified copies have
   ☐been received.
   ☐not been received.
   ☐been filed in Application No. _____.
   ☐been filed in reexamination Control No. _____.
   ☐been received by the International Bureau in PCT Application No. _____.

   * Certified copies not received: _____.

9. ☐ Note attached Examiner's Amendment.

10. ☐ Note attached Interview Summary (PTO-474).

11. ☐ Other: _____.

**All correspondence** relating to this reexamination proceeding should be directed to the **Central Reexamination Unit** at the mail, FAX, or hand-carry addresses given at the end of this Office action.

| /DENNIS G BONSHOCK/ Primary Examiner, Art Unit 3992 | |
|---|---|

cc: Requester (if third party requester)

Application/Control Number: 90/015,292                                                    Page 2
Art Unit: 3992

### *Notice of Pre-AIA or AIA Status*

The present application is being examined under the pre-AIA first to invent

provisions.

### *Detailed Action*

This Office Action address claims 1-99 of US Patent 10,972,584 ('584 Patent) to

Ioengine LLC et al. and is responsive to the Appeal Brief filed 7/10/2025.  It has been

determined in the Order Granting Ex Parte Reexamination (hereafter the "Order")

mailed on 12/01/2023 that a substantial new question of patentability was raised in the

Request for Ex Parte Reexamination filed on 09/02/2023. (hereafter the "Request").

This is a Notice of Intent to Issue Reexamination Certificate Action.

### *Priority*

Based upon a review of the '584 patent, the Examiner finds that the '584 patent

is continuation of 10/447,819 ('819) patent filed on 9/22/2017, which is a continuation of

9,774,703 ('703) patent filed on 5/26/2015, which is a continuation of 9,055,969 ('969)

patent filed on 08/06/2013, which is a continuation of 8,539,047 ('047) patent filed on

11/19/2010, which is a continuation of 7,851,006 ('006) patent filed on 03/23/2004.

Because the effective filing date of the '584 patent is before March 16, 2013, the

pre-AIA first to invent provisions is applied.

Further based on review, it is determined that the '584 patent expired on March

23, 2024, during pendency of this reexamination proceeding.

Application/Control Number: 90/015,292                                         Page 3
Art Unit: 3992

## References cited in Request

1.  U.S. Patent Application Publication No. 2003/0018543 ("Alger")

2.  U.S. Patent Application Publication No. 2002/0077980 ("Chang");

3.  U.S. Patent Application Publication No. 2002/0144265 ("Connelly");

4.  U.S. Patent Application Publication No. 2003/0050019 ("Dowling");

5.  U.S. Patent Application Publication No. 2002/0178277 ("Laksono")

6.  U.S. Patent Application Publication No. 2002/014091 ('Prabhu");

7.  U.S. Patent No. 6,055,314("Spies");

8.  U.S. Patent No. 5,596,718("Boebert");

9.  High-Bandwidth Digital Protection System, Revision 1.0 ("HDCP");and

10. U.S. Patent Application Publication No. 2001/0030959 ("Ozawa");

11. U.S. Provisional Application No. 60/197,848 ("OzawaPro-1")

12. U.S. Provisional Application No. 60/197,320 ("OzawaPro-2")

13. U.S. Provisional Application No. 60/197,310 ("OzawaPro-3")

14. U.S. Provisional Application No. 60/197,308 ("OzawaPro-4")

15. U.S. Provisional Application No. 60/197,233 ("OzawaPro-5")

16. U.S. Provisional Application No. 60/197,234 ("OzawaPro-6")

17. U.S. Patent Application No. 09/473,625 ("Ozawa' 625")

## Reasons for Confirmation

The following is an Examiner's statement of reasons for patentability and/or

confirmation of claims found patentable in this reexamination proceeding.

Application/Control Number: 90/015,292                                          Page 4
Art Unit: 3992

Typically, the primary source of prior art in an ex parte reexamination will be the patents and printed publications cited in the request for ex parte reexamination. MPEP § 2256.

The previous examiner previously applied the combinations of (1) Alger, Change, HDCP, Laksono, and Spies and (2) Ozawa, Prabhu, and Laksono in rejecting independent claims 1, 39, and 73. While interpreting the claims under the broadest reasonable interpretation (BRI) standard, and using art recognized definitions as sourced from 'lawinsider.com' (see pages 3-4 of Final Office Action).

It is however, recognized now that the incorrect standard was applied to these now expired claims. The proper standard for which to interpret claims in the '584 Patent, which expired on March 23, 2024 prior to the Non-Final Office action going out, is under the Phillips Standard ("ordinary and customary").

Federal Circuit has held that when considering expired claims in an ex parte reexamination, the Office must instead apply the standard set out in Phillips V. AWH Corp., 415 F.3d 1303, 1318 (Fed. Cir. 2005). See In re CSB-Sys. Int 'I, Inc., 832 F.3d 1335, 1341 (Fed. Cir. 2016) - not the "broadest reasonable interpretation" of those claim terms. The Office is further guided to apply the Phillips standard to patents that have not expired at the institution of reexamination proceedings, but that are soon to be expired. See e.g., Toyota Motor Corp. V. Cellport Sys., Inc., IPR2015- 00633, Paper 11 at 9 (PTAB Aug. 14, 2015).

Application/Control Number: 90/015,292                                         Page 5
Art Unit: 3992

The current examiner disagrees with the use of modern definitions to interpret claim terms from 20+ years ago, in the previous examiner's use of the present day definitions from 'lawinsider.com'. Here words of a claim "are generally given their ordinary and customary meaning" as understood by a person of ordinary skill in the art in question <u>at the time of the invention</u> see *Phillips v. AWH Corp.,* 415 F.3d 1303, 1316, 75 USPQ2d 1321, 1329 (Fed. Cir. 2005) and *Ex parte Papst-Motoren,* 1 USPQ2d 1655 (Bd. Pat. App. & Inter. 1986)). This approach emphasizes the context provided by the entire patent specification and relevant extrinsic evidence.

Returning to the claims given the narrower standard afforded under Phillips, the Examiner believes that the previous rejections, made under a broadest reasonable interpretation (BRI), are no longer tenable, based on the ordinary and customary meaning of claim terms to a person of ordinary skill in the art at the time of the invention (Phillips Standard). In particular, the proposed combinations of the set-top box disclosed in HDCP and Prabhu with the corresponding systems disclosed in Alger, Ozawa, Laksono, and Spies (amongst others) has not been described in a manner that would prove such combinations to have been obvious to one having ordinary skill in the art at the time the invention was made.

Given the above noted interpretation the Examiner does not believe that one of ordinary skill in the art at the time the invention was made would have found the combinations obvious and, as a result, arrived at the claimed invention. The claims accordingly are confirmed.

Application/Control Number: 90/015,292                                    Page 6
Art Unit: 3992

The other proposed rejections in the Request are equally deficient at covering the limitations of claims 1, 39, and 73 for similar reasons. Claims 2-38, 40-72, and 74-99 depend on allowable claims 1, 39, and 73 respectively and are therefore allowable based upon their dependency.

Any comments considered necessary by PATENT OWNER regarding the above statement must be submitted promptly to avoid processing delays. Such submission by the patent owner should be labeled: "Comments on Statement of Reasons for Patentability and/or Confirmation" and will be placed in the reexamination file.

## Summary

- **Claims 1-99 are CONFIRMED**.

## Conclusion

All correspondence relating to this *ex parte* reexamination proceeding should be directed:

Electronically:          Registered users may submit via Patent Center

                         https://patentcenter.uspto.gov/.

By Mail to:              Mail Stop Ex Parte Reexam

Application/Control Number: 90/015,292                                          Page 7
Art Unit: 3992

Central Reexamination Unit

Commissioner for Patents

United States Patent & Trademark Office

P.O. Box 1450

Alexandria, VA 22313-1450


By FAX to:                (571) 273-9900

                          Central Reexamination Unit


By hand:                  Customer Service Window

                          Knox Building

                          501 Dulany Street

                          Alexandria, VA 22314


Any inquiry concerning this communication or earlier communications from the

Reexamination Legal Advisor or Examiner, or as to the status of this proceeding, should

be directed to the Central Reexamination Unit at telephone number (571) 272-7705.

/DENNIS G BONSHOCK/
Primary Examiner, Art Unit 3992

Conferees:

/ALEXANDER J KOSOWSKI/
Supervisory Patent Examiner, Art Unit 3992

| **Issue Classification** | **Application/Control No.** 90/015,292 | **Applicant(s)/Patent Under Reexamination** 10972584 |
|---|---|---|
| | **Examiner** DENNIS G BONSHOCK | **Art Unit** 3992 |

**CPC**

| Symbol | | | | Type | Version |
|---|---|---|---|---|---|
| H04L | / | 63 | / | 0272 | F | 2013-01-01 |
| H04L | / | 65 | / | 61 | I | 2022-05-01 |
| H04L | / | 9 | / | 3226 | I | 2013-01-01 |
| H04L | / | 9 | / | 3247 | I | 2013-01-01 |
| H04L | / | 63 | / | 0428 | I | 2013-01-01 |
| H04L | / | 67 | / | 04 | I | 2013-01-01 |
| H04L | / | 67 | / | 141 | I | 2013-01-01 |
| H04L | / | 2209 | / | 56 | A | 2013-01-01 |
| H04L | / | 2209 | / | 76 | A | 2013-01-01 |
| H04L | / | 2209 | / | 80 | A | 2013-01-01 |

**CPC Combination Sets**

| Symbol | | | Type | Set | Ranking | Version |
|---|---|---|---|---|---|---|
| | / | | / | | | | |

| NONE | | **Total Claims Allowed:** | |
|---|---|---|---|
| (Assistant Examiner) | (Date) | 99 | |
| /DENNIS G BONSHOCK/ Primary Examiner, Art Unit 3992 | 09 March 2026 | O.G. Print Claim(s) | O.G. Print Figure |
| (Primary Examiner) | (Date) | 1 | 1 |

U.S. Patent and Trademark Office

Part of Paper No.: 20260309

| *Issue Classification* [barcode] | Application/Control No. 90/015,292 | Applicant(s)/Patent Under Reexamination 10972584 |
|---|---|---|
| | Examiner DENNIS G BONSHOCK | Art Unit 3992 |

### INTERNATIONAL CLASSIFICATION

**CLAIMED**

| | | | | |
|---|---|---|---|---|
| H04L9/40 | / | 9 | / | 40 |
| H04L65/61 | / | 65 | / | 61 |
| H04L9/32 | / | 9 | / | 32 |
| H04L67/04 | / | 67 | / | 04 |
| H04L67/141 | / | 67 | / | 141 |

**NON-CLAIMED**

| | | | | |
|---|---|---|---|---|
| | / | | / | |

### US ORIGINAL CLASSIFICATION

| CLASS | SUBCLASS |
|---|---|
| | |

### CROSS REFERENCES(S)

| CLASS | SUBCLASS (ONE SUBCLASS PER BLOCK) | | | | |
|---|---|---|---|---|---|
| | | | | | |

| NONE | | Total Claims Allowed: |
|---|---|---|
| (Assistant Examiner) | (Date) | 99 |

| /DENNIS G BONSHOCK/ Primary Examiner, Art Unit 3992 | 09 March 2026 | O.G. Print Claim(s) | O.G. Print Figure |
|---|---|---|---|
| (Primary Examiner) | (Date) | 1 | 1 |

U.S. Patent and Trademark Office                                      Part of Paper No.: 20260309

| Issue Classification | | Application/Control No. | Applicant(s)/Patent Under Reexamination |
|---|---|---|---|
| | | 90/015,292 | 10972584 |
| | | Examiner | Art Unit |
| | | DENNIS G BONSHOCK | 3992 |

| ☑ Claims renumbered in the same order as presented by applicant | | ☐ CPA | ☐ T.D. | ☐ R.1.47 |
|---|---|---|---|---|

**CLAIMS**

| Final | Original | Final | Original | Final | Original | Final | Original | Final | Original | Final | Original | Final | Original | Final | Original |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | |

| NONE | | Total Claims Allowed: | |
|---|---|---|---|
| (Assistant Examiner) | (Date) | 99 | |
| /DENNIS G BONSHOCK/<br>Primary Examiner, Art Unit 3992 | 09 March 2026 | O.G. Print Claim(s) | O.G. Print Figure |
| (Primary Examiner) | (Date) | 1 | 1 |

U.S. Patent and Trademark Office                                                                 Part of Paper No.: 20260309

| *Reexamination* | Application/Control No. | Applicant(s)/Patent Under Reexamination |
|---|---|---|
| | 90/015,292 | 10972584 |
| | Certificate Date | Certificate Number |
| | | C1 |

| **Requester Correspondence Address:** ☐    **Patent Owner**    ☑    **Third Party** |
|---|
| McDonnell Boehnen Hulbert & Berghoff LLP<br>300 S. Wacker Drive, Suite 3100<br>Chicago, IL 60606 |

| **LITIGATION REVIEW**    ☑ | /PK/<br>(examiner initials) | 10 October 2023<br>(date) |
|---|---|---|
| Case Name | | Director Initials |
| Ioengine, LLc v. Roku Inc. W-21-CV-1296-ADA-DTG (closed) | | |

| COPENDING OFFICE PROCEEDINGS | |
|---|---|
| **TYPE OF PROCEEDING** | **NUMBER** |
| None. | |

/PENG KE/
Primary Examiner, Art Unit 3992

U.S. Patent and Trademark Office                    DOC. CODE **RXFILJKT**

| **Search Notes** | **Application/Control No.** | **Applicant(s)/Patent Under Reexamination** |
|---|---|---|
| | 90/015,292 | 10972584 |
| | **Examiner** | **Art Unit** |
| | DENNIS G BONSHOCK | 3992 |

| **CPC - Searched\*** | | |
|---|---|---|
| **Symbol** | **Date** | **Examiner** |
| | | |

| **CPC Combination Sets - Searched\*** | | |
|---|---|---|
| **Symbol** | **Date** | **Examiner** |
| | | |

| **US Classification - Searched\*** | | | |
|---|---|---|---|
| **Class** | **Subclass** | **Date** | **Examiner** |
| | | | |

\* See search history printout included with this form or the SEARCH NOTES box below to determine the scope of the search.

| **Search Notes** | | |
|---|---|---|
| **Search Notes** | **Date** | **Examiner** |
| Reviewed the prosecution history | 03/09/2026 | /DGB/ |
| Reviewed the litigation | 03/09/2026 | /DGB/ |
| P-TACTS for AIA proceedings. | 03/09/2026 | /DGB/ |
| PDP for continuity data. | 03/09/2026 | /DGB/ |
| Reviewed Reexam File Wrapper | 03/09/2026 | /DGB/ |
| | | |

| **Interference Search** | | | |
|---|---|---|---|
| **US Class/CPC Symbol** | **US Subclass/CPC Group** | **Date** | **Examiner** |
| | | | |

/DENNIS G BONSHOCK/
Primary Examiner, Art Unit 3992

U.S. Patent and Trademark Office

Page 1 of 1

Part of Paper No.: 20260309



UNITED STATES PATENT AND TRADEMARK OFFICE

UNITED STATES DEPARTMENT OF COMMERCE
**United States Patent and Trademark Office**
Address: COMMISSIONER FOR PATENTS
P.O. Box 1450
Alexandria, Virginia 22313-1450
www.uspto.gov

## BIB DATA SHEET

**CONFIRMATION NO. 1014**

| SERIAL NUMBER | FILING or 371(c) DATE | CLASS | GROUP ART UNIT | ATTORNEY DOCKET NO. |
|---|---|---|---|---|
| 90/015,292 | 09/02/2023 RULE | 709 | 3992 | 23-0463-US-REX2 |

**APPLICANTS**
    LLC IOENGINE, Residence Not Provided;
    LLP MCDONNELL BOEHNEN HULBERT & BERGHOFF, CHICAGO, IL;

**INVENTORS**
    10972584, Residence Not Provided;
    McDonnell Boehnen Hulbert & Berghoff LLP/Roku, Residence Not Provided;

**\*\* CONTINUING DATA \*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\***
    This application is a REX of 16/579,169 09/23/2019 PAT 10972584
    which is a CON of 15/712,780 09/22/2017 PAT 10447819
    which is a CON of 14/721,540 05/26/2015 PAT 9774703
    which is a CON of 13/960,514 08/06/2013 PAT 9059969
    which is a CON of 12/950,321 11/19/2010 PAT 8539047
    which is a CON of 10/807,731 03/23/2004 PAT 7861006

**\*\* FOREIGN APPLICATIONS \*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\***

**\*\* IF REQUIRED, FOREIGN FILING LICENSE GRANTED \*\***

| | | STATE OR COUNTRY | SHEETS DRAWINGS | TOTAL CLAIMS | INDEPENDENT CLAIMS |
|---|---|---|---|---|---|
| Foreign Priority claimed ☐ Yes ☒ No | Met after Allowance ☐ | | | 99 | 3 |
| 35 USC 119(a-d) conditions met ☐ Yes ☒ No | | | | | |
| Verified and Acknowledged /Dennis Bonshock/ Examiner's Signature | Initials | | | | |

**ADDRESS**

Koffsky Schwalb LLC
500 Seventh Avenue
8th Floor
New York, NY 10018
UNITED STATES

**TITLE**
    APPARATUS, METHOD AND SYSTEM FOR A TUNNELING CLIENT ACCESS POINT

| **FILING FEE RECEIVED** 0.00 | FEES: Authority has been given in Paper No._____ to charge/credit DEPOSIT ACCOUNT No._____ for following: | ☐ All Fees ☐ 1.16 Fees (Filing) ☐ 1.17 Fees (Processing Ext. of time) ☐ 1.18 Fees (Issue) ☐ Other _____ ☐ Credit |
|---|---|---|

BIB (Rev. 05/07).