# Exhibit B

## Claim 1 of the '584 Patent

A portable device configured to communicate with (i) a communications network comprising a plurality of communications network nodes and (ii) a terminal comprising a processor, an output component, and a memory configured to store program code, including first program code which, when executed by the terminal processer, is configured to facilitate a key exchange between the terminal and the portable device, the portable device comprising:

(a) a network interface configured to enable transmission of communications between the portable device and a communications network node;

(b) a communication interface configured to enable transmission of communications between the portable device and the terminal;

(c) a processor; and

(d) a memory having executable program code stored thereon, including:

(1) second program code which, when executed by the portable device processor, is configured to cause a communication to be transmitted to the terminal to display an interactive user interface by the terminal output component, the interactive user interface comprising at least one user interface element configured to be manipulated by a user to cause the portable device processor to execute stored program code;

(2) third program code which, when executed by the portable device in response to a command resulting from user manipulation of a user interface element of the interactive user interface, is configured to cause a communication to be transmitted to the terminal to affect the display of the interactive user interface by the terminal output component;

1

(3) fourth program code which, when executed by the portable device processor in response to a command resulting from user manipulation of a user interface element on an interactive user interface, is configured to cause a secure communication to be transmitted through the portable device network interface to a communications network node; and

(4) fifth program code which, when executed by the portable device processor, is configured to (i) process secure data received from the communications network node through the portable device network interface and (ii) cause the processed data to be securely transmitted through the communications interface to the terminal for display by the terminal output component, wherein the portable device is configured to employ a key exchange between the portable device and the terminal to securely transmit the processed data through the communication interface to the terminal.

## Claim 184 of the '819 Patent

A portable device configured to communicate with a communications network comprising a communications network node and with a terminal comprising an output component configured to present an interactive user interface comprising at least one user interface element configured to be manipulated by a user to enable control of the portable device, the portable device comprising:

a. a network interface configured to enable the transmission of communications between the portable device and the communications network

node, wherein the communications comprise data content transmitted from the communications network node to the portable device;

b. a communications interface configured to enable the transmission of communications between the portable device and the terminal, wherein the communications comprise a data content stream transmitted from the portable device to the terminal;

c. a processor configured to stream data content for presentation by the terminal output component; and

d. a memory having executable program code stored thereon, including:

i. first program code which, when executed, presents an interactive user interface on the terminal output component, receives a command resulting from user manipulation of a user interface element of the interactive user interface, and causes a communication to the portable device processor in response to the command resulting from user manipulation of a user interface element of the interactive user interface;

ii. second program code which, when executed by the portable device processor, enables the portable device to communicate with the communications network node;

iii. third program code which, when executed by the portable device in response to a command resulting from user manipulation of a user interface element of the interactive user interface, causes a communication to be transmitted through the portable device network interface to the communications network node; and

3

iv. fourth program code which, when executed by the portable device, processes data content received from the communications network node through the portable device network interface for transmission through the communications interface to the terminal and presentation by the terminal output component.