# Exhibit C

| SNQ#[1] | Statute | References | Claims |
|---|---|---|---|
| 5 | § 103 | Alger, Lyle, and Chang | 1-12, 14-26, 29-50, 52-60, 63-83, 85-94, 97, and 98 |
| 6 | § 103 | Alger, Lyle, Chang, and Connelly | 13, 51, and 84 |
| 7 | § 103 | Alger, Lyle, Chang, and Halbert | 27, 28, 61, 62, 95, and 96 |
| 8 | § 103 | Alger, Lyle, Chang, and Dowling | 99 |
| 14 | § 103 | Ozawa, Prabhu, and Laksono | 1, 3-16, 22-24, 30-35, 39, 41-53, 58, 64-69, 73, 75-84, and 90-92 |
| 15 | § 103 | Ozawa, Prabhu, Laksono, and Lyle | 2, 36-38, 40, 70-72, and 74 |
| 16 | § 103 | Ozawa, Prabhu, Laksono, and Spies | 17-21, 25, 26, 29, 54-57, 59, 60, 63, 85-89, 93, and 94 |
| 17 | § 103 | Ozawa, Prabhu, Laksono, and Boebert | 27, 28, 61, 62, 95, and 96 |
| 18 | § 103 | Ozawa, Prabhu, Laksono, and Swix | 97-99 |
| 19 | § 103 | Alger, HDCP, Laksono, and Spies | 1-11, 14, 15, 22-24, 30-49, 52, 53, 58, 64-82, 90-92, 97, and 98 |
| 1 | § 103 | Alger and Lyle | 1-12, 14-26, 29-50, 52-60, 63-83, 85-94, 97, and 98 |
| 2 | § 103 | Alger, Lyle, and Connelly | 13, 51, and 84 |
| 3 | § 103 | Alger, Lyle, and Halbert | 27, 28, 61, 62, 95, and 96 |
| 4 | § 103 | Alger, Lyle, and Dowling | 99 |
| 9 | § 103 | Ozawa and Prabhu | 1, 3-16, 22-24, 30-35, 39, 41-53, 58, 64-69, 73, 75-84, and 90-92 |
| 10 | § 103 | Ozawa, Prabhu, and Lyle | 2, 36-38, 40, 70-72, and 74 |
| 11 | § 103 | Ozawa, Prabhu, and Spies | 17-21, 25, 26, 29, 54-57, 59, 60, 63, 85-89, 93, and 94 |
| 12 | § 103 | Ozawa, Prabhu, and Boebert | 27, 28, 61, 62, 95, and 96 |
| 13 | § 103 | Ozawa, Prabhu, and Swix | 97-99 |

[1] SNQ in the top row means substantial new question of patentability.

1