# Exhibit D

| SNQ#[1] | Statute | References | Claims |
|---|---|---|---|
| 1 | § 103 | Alger and Chang | 184, 185, 187, 188, and 190-192 |
| 2 | § 103 | Alger, Chang, and Connelly | 186 |
| 3 | § 103 | Alger, Chang, and Spies | 184, 187, 191, and 192 |
| 4 | § 103 | Alger, Chang, and Halbert | 189, 190 |
| 5 | § 103 | Chang | 184, 185, 187, 188, 191, and 192 |
| 6 | § 103 | Chang and Connelly | 186 |
| 7 | § 103 | Chang and Spies | 184, 187, 191, and 192 |
| 8 | § 103 | Chang and Halbert | 189, 190 |
| 9 | § 103 | Ozawa and Laksono | 184, 185, 186, 188, 189, and 190 |
| 10 | § 103 | Ozawa, Laksono, and Hendricks | 186 |
| 11 | § 103 | Ozawa, Laksono, and Spies | 184, 187, 191, and 192 |

---

[1] SNQ in the top row means substantial new question of patentability.

1