## AFFIDAVIT OF PROCESS SERVER

### United States District Court for the Eastern District of Virginia

**Roku, Inc.**

      Plaintiff(s),

VS.

**United States Patent and Trademark Office, et al.**

      Defendant(s).

Attorney: Craig C. Reilly, Esq.

McDonnell Boehnen Hulbert & Berghoff LLP
300 S. Wacker Dr., #3100
Chicago IL 60606

*355834*

**Case Number: 1:26-cv-01127-MSN-WBP**

Legal documents received on **05/05/2026** at **10:52 AM** to be served upon **James W. Hundley - United States Attorney for the Eastern District of Virginia at 2100 Jamieson Avenue, Alexandria, VA 22314**

I, **Curtis Lynch**, swear and affirm that on **May 06, 2026** at **11:08 AM**, I did the following:

Served **James W. Hundley - United States Attorney for the Eastern District of Virginia** by delivering a conformed copy of the **Summons in a Civil Action; Complaint; Exhibits; Civil Cover Sheet** to **Amanda Visto** as **Staff Assistant & Authorized Agent** of James W. Hundley - United States Attorney for the Eastern District of Virginia at **2100 Jamieson Avenue, Alexandria, VA 22314**.

**Description of Person Accepting Service:**
Sex: Female Age: 40-50 Height: 5ft4in-5ft8in Weight: 161-200 lbs Skin Color: Caucasian Hair Color: Dark Brown

**Supplemental Data Appropriate to this Service:**

I declare under penalty of perjury that the foregoing information contained in this affidavit is true and correct and that I am a professional process server over the age of 18 and have no interest in the above legal matter.

Date: 5/6/26

**Curtis Lynch**
Process Server
**Same Day Process Service, Inc.**
**1413 K St., NW, 7th Floor**
**Washington DC 20005**
**(202)-398-4200**
**info@samedayprocess.com**

Internal Job
ID:355834

