**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION**

| | |
|---|---|
| ROKU, INC.,<br><br>    Plaintiff<br><br>    v.<br><br>UNITED STATES PATENT AND TRADEMARK OFFICE, and JOHN A. SQUIRES, in his official capacity performing the functions and duties of the Under Secretary of Commerce for Intellectual Property and Director, United States Patent and Trademark Office.<br><br>    Defendants. | No. 1:26-cv-01127-MSN-WBP |

**CONSENT MOTION TO EXTEND BRIEFING SCHEDULE**

PURSUANT TO Local Civil Rule 7(F)(1), Plaintiff Roku, Inc. ("Roku"), moves the Court to extend the briefing schedule on the pending motion to dismiss filed by Defendants (Dkt. No. 15). The grounds for granting that relief are as follows:

1.    By complaint filed April 27, 2026, Roku commenced this Administrative Procedure Act case against Defendants (Dkt. 1). The complaint was then served on Defendants (Dkt. Nos. 13 & 14).

2.    As their response, Defendants filed a motion to dismiss on July 6, 2026 (Dkt. No. 15). Under Local Civil Rule 7(F)(1), Roku's opposition to the motion would otherwise be due July 20, 2026.

3.    To accommodate the schedules of counsel and to allow for orderly briefing of this threshold motion, Roku seeks an extension of the briefing schedule as follows: Roku's opposition to be due July 30, 2026, and Defendants' reply brief to be due August 17, 2026.

4.    This is the first extension sought in this action and the allowance of this additional time for briefing will not materially delay the litigation of this action.

5.    Defendants consent to the scheduling relief sought in this motion.

WHEREFORE, Roku requests that this motion be granted.  A proposed order is submitted herewith.

*WAIVER: The parties waive oral argument on this consent extension motion.*

Respectfully submitted,

/s/ *Craig C. Reilly*
Craig C. Reilly (VSB #20942)
429 N. St. Asaph Street
Alexandria, VA 22314
Tel: (703) 549-5354
craig.reilly@ccreillylaw.com

*OF COUNSEL:*

James L. Lovsin (*pro hac vice*)
Paul H. Berghoff (*pro hac vice*)
Alexandra E. Criner (*pro hac vice*)
McDonnell Boehnen Hulbert & Berghoff LLP
300 S. Wacker Drive, Suite 3100
Chicago, IL 60606-6709
Tel: (312) 913-0001

*Attorneys for Plaintiff Roku, Inc.*