# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF VIRGINIA
### ALEXANDRIA DIVISION

| | |
|---|---|
| ROKU, INC., <br><br> Plaintiff <br><br> v. <br><br> UNITED STATES PATENT AND TRADEMARK OFFICE, and JOHN A. SQUIRES, in his official capacity performing the functions and duties of the Under Secretary of Commerce for Intellectual Property and Director, United States Patent and Trademark Office. <br><br> Defendants. | No. 1:26-cv-01127-MSN-WBP |

## ORDER

THIS MATTER is before the Court on the consent motion (Dkt. No. _18_) filed by Plaintiff Roku, Inc. ("Roku") pursuant to Local Civil Rule 7(F)(1), seeking entry of an order to extend the briefing schedule on the pending motion to dismiss filed by Defendants (Dkt. No. 15). Upon consideration of Roku's motion, and the consent of Defendant, and it otherwise appearing proper to do so, it is hereby

**ORDERED** that the motion is **GRANTED**, and the due dates for the parties' briefs are as follows: Roku's opposition will be due July 30, 2026, and Defendants' reply brief will be due August 17, 2026.

**SO ORDERED** this _14th_ day of July 2026.

Alexandria, Virginia

/s/
Michael S. Nachmanoff
United States District Judge