**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
**Alexandria Division**

| | |
|---|---|
| ROKU, INC., | ) |
| | ) |
| Plaintiff, | ) |
| | )     Case No. 1:26cv1127 (MSN-WBP) |
| v. | ) |
| | ) |
| JOHN A. SQUIRES, UNDERSECRETARY | ) |
| OF COMMERCE FOR INTELLECTUAL | ) |
| PROPERTY AND DIRECTOR, U.S. PATENT | ) |
| AND TRADEMARK OFFICE, and U.S. | ) |
| PATENT AND TRADEMARK OFFICE, | ) |
| | ) |
| Defendants. | ) |
| | ) |
| | ) |
| | ) |

**NOTICE OF APPEARANCE**

Please take notice of the appearance of Assistant United States Attorney Meghan Loftus

as counsel for John A. Squires, Undersecretary of Commerce for Intellectual Property and

Director, U.S. Patent And Trademark Office, and U.S. Patent And Trademark Office, in the

above-captioned matter.

Dated: July 23, 2026           Respectfully submitted,

TODD W. BLANCHE
ACTING ATTORNEY GENERAL

THEOPHANI K. STAMOS
FIRST ASSISTANT UNITED STATES ATTORNEY

_____/s/_____
MEGHAN LOFTUS
Assistant United States Attorney
Office of the United States Attorney
Justin W. Williams U.S. Attorney's Building
2100 Jamieson Avenue

1

Alexandria, Virginia 22314
Tel:    (703) 299-3757
Fax:    (703) 299-3983
Email: meghan.loftus@usdoj.gov

*Counsel for Defendants*