# EXHIBIT B

CLOSED,REMAND

# U.S. District Court
## Eastern District of Virginia - (Alexandria)
## CIVIL DOCKET FOR CASE #: 1:24-cv-00235-PTG-WEF

BMW of North America, LLC et al v. Vidal et al
Assigned to: District Judge Patricia Tolliver Giles
Referred to: Magistrate Judge William E. Fitzpatrick
Case in other court: California Northern, 5:23-cv-05669
Cause: 05:702 Administrative Procedure Act

Date Filed: 02/16/2024
Date Terminated: 03/25/2025
Jury Demand: None
Nature of Suit: 899 Other Statutes:
Administrative Procedures Act/Review or
Appeal of Agency Decision
Jurisdiction: U.S. Government Defendant

**Plaintiff**

**BMW of North America LLC**

represented by **Lionel Marks Lavenue**
Finnegan, Henderson, Farabow, Garrett &
Dunner, LLP
1875 Explorer Street
Suite 800
Reston, VA 20190-6023
571-203-2750
Fax: 202-408-4400
Email: lionel.lavenue@finnegan.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Sneha Nyshadham**
Finnegan, Henderson, Farabow, Garrett &
Dunner LLP
3300 Hillview Avenue, 2nd floor
Stanford Research Park
Palo Alto, CA 94304-1203
650-849-6766
Fax: 650-849-6666
Email: sneha.nyshadham@finnegan.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Bradford C. Schulz**
Finnegan, Henderson, Farabow, Garrett &
Dunner, LLP
1875 Explorer Street
Ste 8th Floor
Reston, VA 20190-6023
571-203-2739
Email: bradford.schulz@finnegan.com
*ATTORNEY TO BE NOTICED*

**Deanna Smiley**
Finnegan, Henderson, Farabow, Garrett &
Dunner
1875 Explorer St
Suite 800
Reston, VA 20190
571-203-2717
Email: deanna.smiley@finnegan.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Kara Spacht**
Finnegan Henderson Farabow Garrett &
Dunner LLP (GA-NA)
271 17th Street, NW
Suite 1400
Atlanta, GA 30363-6209
**NA**
404-653-6400
Fax: 202-408-4400
Email: kara.spacht@finnegan.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Kara A. Specht**
Finnegan
271 17th Street NW, Suite 1400
Atlanta, GA 30363
404-653-6481
Fax: 404-653-6444
Email: kara.specht@finnegan.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Lionel M. Lavenue**
Finnegan Henderson Farabow Garrett &
Dunner, LLP
1875 Explorer Street, Suite 800
Reston, VA 20190
(571) 203-2700
Email: lionel.lavenue@finnegan.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**BMW Manufacturing Co., LLC**                        represented by **Lionel Marks Lavenue**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Sneha Nyshadham**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Bradford C. Schulz**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Deanna Smiley**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Kara Spacht**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Kara A. Specht**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Lionel M. Lavenue**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

## Defendant

**Kathi Vidal**
*in her official capacity performing the functions and duties of the Under Secretary of Commerce for Intellectual Property and Director, United States Patent and Trademark Office*

represented by **Lauren A. Wetzler**
US Attorney's Office (Alexandria)
2100 Jamieson Avenue
Alexandria, VA 22314
703-299-3700
Fax: 703-299-3983
Email: lwetzler@democracyforward.org
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Meghan Elizabeth Loftus**
United States Attorney's Office (Alexandria)
2100 Jamieson Avenue
Alexandria, VA 22314
703-299-3757
Email: meghan.loftus@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**John Wesley Samples**
The United States Attorney's Office
Northern District of California
450 Golden Gate Avenue, 9th Floor
San Francisco, CA 94102
(415) 436-7073
Email: Wes.Samples@usdoj.gov

## Defendant

**United States Patent and Trademark Office**

represented by **Lauren A. Wetzler**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Meghan Elizabeth Loftus**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**John Wesley Samples**
(See above for address)

**Kenneth Warren Brakebill**
United States Attorney's Office
450 Golden Gate Avenue
P.O. Box 36055
San Francisco, CA 94102
(415) 436-7167
Fax: (415) 436-7169
Email: kenneth.brakebill@usdoj.gov
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 11/02/2023 | 1 | COMPLAINT *for Declaratory and Injunctive Relief* against United States Patent and Trademark Office, Kathi Vidal ( Filing fee $ 402, receipt number ACANDC-18801605.). Filed by BMW of North America, LLC, BMW Manufacturing Co., LLC. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Civil Cover Sheet)(Nyshadham, Sneha) (Filed on 11/2/2023) [Transferred from California Northern on 2/16/2024.] (Entered: 11/02/2023) |
| 11/02/2023 | 2 | Rule 7.1 Disclosures by BMW of North America, LLC identifying Corporate Parent BMW (US) Holding Corp., Corporate Parent Bayerische Motoren Werke AG for BMW of North America, LLC. (Nyshadham, Sneha) (Filed on 11/2/2023) [Transferred from California Northern on 2/16/2024.] (Entered: 11/02/2023) |
| 11/02/2023 | 3 | Rule 7.1 Disclosures by BMW Manufacturing Co., LLC identifying Corporate Parent BMW (US) Holding Corp., Corporate Parent Bayerische Motoren Werke AG for BMW Manufacturing Co., LLC. (Nyshadham, Sneha) (Filed on 11/2/2023) [Transferred from California Northern on 2/16/2024.] (Entered: 11/02/2023) |
| 11/02/2023 | 4 | Proposed Summons. (Nyshadham, Sneha) (Filed on 11/2/2023) [Transferred from California Northern on 2/16/2024.] (Entered: 11/02/2023) |
| 11/02/2023 | 5 | Case assigned to Magistrate Judge Susan van Keulen. Counsel for plaintiff or the removing party is responsible for serving the Complaint or Notice of Removal, Summons and the assigned judge's standing orders and all other new case documents upon the opposing parties. For information, visit *E-Filing A New Civil Case* at http://cand.uscourts.gov/ecf/caseopening. Standing orders can be downloaded from the court's web page at www.cand.uscourts.gov/judges. Upon receipt, the summons will be issued and returned electronically. A scheduling order will be sent by Notice of Electronic Filing (NEF) within |

| | | two business days. Consent/Declination due by 11/16/2023. (ark, COURT STAFF) (Filed on 11/2/2023) [Transferred from California Northern on 2/16/2024.] (Entered: 11/02/2023) |
|---|---|---|
| 11/02/2023 | 6 | Proposed Summons. (Nyshadham, Sneha) (Filed on 11/2/2023) [Transferred from California Northern on 2/16/2024.] (Entered: 11/02/2023) |
| 11/03/2023 | 7 | **Initial Case Management Scheduling Order with ADR Deadlines: Case Management Statement due by 1/30/2024. Initial Case Management Conference set for 2/6/2024 01:30 PM. (mcl, COURT STAFF) (Filed on 11/3/2023) [Transferred from California Northern on 2/16/2024.] (Entered: 11/03/2023)** |
| 11/03/2023 | 8 | Summons Issued as to United States Patent and Trademark Office, Kathi Vidal. (Attachments: # 1 Kathi Vidal)(mcl, COURT STAFF) (Filed on 11/3/2023) [Transferred from California Northern on 2/16/2024.] (Entered: 11/03/2023) |
| 11/07/2023 | 9 | Rule 7.1 Disclosures by BMW Manufacturing Co., LLC identifying Corporate Parent BMW (US) Holding Corp., Corporate Parent BMW INTEC Beteiligungs GmbH, Corporate Parent BMW International Holding B.V., Corporate Parent BMW Beteiligungs GmbH & Co. KG, Corporate Parent Bayerische Motoren Werke Aktiengesellschaft for BMW Manufacturing Co., LLC. *Plaintiff BMW Manufacturing Co., LLC's Updated Rule 7.1 Disclosure Statement* (Nyshadham, Sneha) (Filed on 11/7/2023) [Transferred from California Northern on 2/16/2024.] (Entered: 11/07/2023) |
| 11/07/2023 | 10 | Rule 7.1 Disclosures by BMW of North America, LLC identifying Corporate Parent BMW (US) Holding Corp., Corporate Parent BMW INTEC Beteiligungs GmbH, Corporate Parent BMW International Holding B.V., Corporate Parent BMW Beteiligungs GmbH & Co. KG, Corporate Parent Bayerische Motoren Werke Aktiengesellschaft for BMW of North America, LLC. *Plaintiff BMW of North America, LLC's Updated Rule 7.1 Disclosure Statement* (Nyshadham, Sneha) (Filed on 11/7/2023) [Transferred from California Northern on 2/16/2024.] (Entered: 11/07/2023) |
| 11/16/2023 | 11 | CONSENT/DECLINATION to Proceed Before a US Magistrate Judge by BMW Manufacturing Co., LLC, BMW of North America, LLC.. (Nyshadham, Sneha) (Filed on 11/16/2023) [Transferred from California Northern on 2/16/2024.] (Entered: 11/16/2023) |
| 12/01/2023 | 12 | **CLERK'S NOTICE CONTINUING 2/6/24 INITIAL CASE MANAGEMENT CONFERENCE TO 2/13/24.** Initial Case Management Conference set for 2/6/2024 is continued to 2/13/2024 09:30 AM in San Jose, - To be determined. Case Management Statement due by 2/6/2024. *(This is a text-only entry generated by the court. There is no document associated with this entry.)* (jhf, COURT STAFF) (Filed on 12/1/2023) [Transferred from California Northern on 2/16/2024.] (Entered: 12/01/2023) |
| 12/05/2023 | 13 | CERTIFICATE OF SERVICE by BMW Manufacturing Co., LLC, BMW of North America, LLC re 1 Complaint, 8 Summons Issued *Certificate of Service of Summons and Complaint* (Nyshadham, Sneha) (Filed on 12/5/2023) [Transferred from California Northern on 2/16/2024.] (Entered: 12/05/2023) |
| 01/16/2024 | 14 | STIPULATION WITH PROPOSED ORDER *JOINT STIPULATION AND [PROPOSED] ORDER TO EXTEND DEADLINE FOR DEFENDANT TO ANSWER OR OTHERWISE RESPOND TO COMPLAINT* filed by United States Patent and Trademark Office. (Attachments: # 1 Declaration of Kenneth Brakebill, # 2 Proposed Order)(Brakebill, Kenneth) (Filed on 1/16/2024) Modified on 1/17/2024 (mcl, COURT STAFF). [Transferred from California Northern on 2/16/2024.] (Entered: 01/16/2024) |

| 01/17/2024 | 15 | **ORDER Granting 14 Stipulation. Signed by Judge Susan van Keulen on January 17, 2024. (svklc2, COURT STAFF) (Filed on 1/17/2024) [Transferred from California Northern on 2/16/2024.] (Entered: 01/17/2024)** |
|---|---|---|
| 01/17/2024 | 16 | CLERK'S NOTICE Re: Consent or Declination: Defendant(s) shall file a consent or declination to proceed before a magistrate judge. Note that any party is free to withhold consent to proceed before a magistrate judge without adverse substantive consequences. The forms are available at: http://cand.uscourts.gov/civilforms. Consent/Declination due by 1/31/2024.<br><br>*(This is a text-only entry generated by the court. There is no document associated with this entry.)* (jhf, COURT STAFF) (Filed on 1/17/2024) [Transferred from California Northern on 2/16/2024.] (Entered: 01/17/2024) |
| 01/23/2024 | 17 | NOTICE of Appearance by John Wesley Samples (Samples, John) (Filed on 1/23/2024) [Transferred from California Northern on 2/16/2024.] (Entered: 01/23/2024) |
| 01/23/2024 | 18 | CONSENT/DECLINATION to Proceed Before a US Magistrate Judge by United States Patent and Trademark Office, Kathi Vidal.. (Samples, John) (Filed on 1/23/2024) [Transferred from California Northern on 2/16/2024.] (Entered: 01/23/2024) |
| 01/23/2024 | 19 | STIPULATION WITH PROPOSED ORDER re 12 Clerk's Notice, *Joint Stipulated Request and Proposed Order to Continue Case Management Conference* filed by BMW Manufacturing Co., LLC, BMW of North America, LLC. (Attachments: # 1 Declaration of Sneha Nyshadham, # 2 Proposed Order)(Nyshadham, Sneha) (Filed on 1/23/2024) [Transferred from California Northern on 2/16/2024.] (Entered: 01/23/2024) |
| 01/24/2024 | 20 | **ORDER AS MODIFIED BY THE COURT GRANTING 19 STIPULATION to Continue Case Management Conference. Signed by Judge Susan van Keulen on 1/24/24.**<br>Initial Case Management Conference set for 2/13/24 is continued to 3/12/2024 09:30 AM in San Jose, - To be determined.<br>Joint Case Management Statement due by 3/5/2024.<br><br>(jhf, COURT STAFF) (Filed on 1/24/2024) [Transferred from California Northern on 2/16/2024.] (Entered: 01/24/2024) |
| 01/24/2024 | 21 | MOTION for leave to appear in Pro Hac Vice ( Filing fee $ 328, receipt number ACANDC-19053954.) filed by BMW Manufacturing Co., LLC, BMW of North America, LLC. (Attachments: # 1 Certificate of Good Standing)(Specht, Kara) (Filed on 1/24/2024) [Transferred from California Northern on 2/16/2024.] (Entered: 01/24/2024) |
| 01/24/2024 | 22 | **ORDER Granting 21 Application for Admission of Attorney Pro Hac Vice. The Court observes that the bar number provided for local counsel appears to correspond to a different attorney. Nevertheless, the Court is satisfied that the local counsel named in the application is a member in good standing of the bar of this Court. Counsel shall provide correct bar numbers in future filings. Signed by Judge Susan van Keulen on January 24, 2024. (svklc2, COURT STAFF) (Filed on 1/24/2024) [Transferred from California Northern on 2/16/2024.] (Entered: 01/24/2024)** |
| 01/30/2024 | 23 | MOTION for leave to appear in Pro Hac Vice ( Filing fee $ 328, receipt number ACANDC-19074786.) filed by BMW Manufacturing Co., LLC, BMW of North America, LLC. (Attachments: # 1 Certificate of Good Standing)(Schulz, Bradford) (Filed on 1/30/2024) [Transferred from California Northern on 2/16/2024.] (Entered: 01/30/2024) |
| 01/30/2024 | 24 | MOTION for leave to appear in Pro Hac Vice ( Filing fee $ 328, receipt number ACANDC-19074962.) filed by BMW Manufacturing Co., LLC, BMW of North America, |

LLC. (Attachments: # 1 Certificate of Good Standing)(Smiley, Deanna) (Filed on 1/30/2024) [Transferred from California Northern on 2/16/2024.] (Entered: 01/30/2024)

| | | |
|---|---|---|
| 01/30/2024 | 25 | **ORDER Granting 23 Application for Admission of Attorney Pro Hac Vice. The Court observes that, as before (see Dkt. 22 ), Plaintiff provided a bar number for local counsel that appears to correspond to a different attorney. Nevertheless, the Court is satisfied that the local counsel named in the application is a member in good standing of the bar of this Court. Counsel SHALL provide correct bar numbers in future filings. Signed by Judge Susan van Keulen on January 30, 2024. (svklc2, COURT STAFF) (Filed on 1/30/2024) [Transferred from California Northern on 2/16/2024.] (Entered: 01/30/2024)** |
| 01/30/2024 | 26 | **ORDER Granting 24 Application for Admission of Attorney Pro Hac Vice. See docket text in Dkts. 22 , 25 re use of correct bar numbers in future filings. Signed by Judge Susan van Keulen on January 30, 2024. (svklc2, COURT STAFF) (Filed on 1/30/2024) [Transferred from California Northern on 2/16/2024.] (Entered: 01/30/2024)** |
| 01/31/2024 | 27 | MOTION for leave to appear in Pro Hac Vice ( Filing fee $ 328, receipt number ACANDC-19078540.) filed by BMW Manufacturing Co., LLC, BMW of North America, LLC. (Attachments: # 1 Certificate of Good Standing)(Lavenue, Lionel) (Filed on 1/31/2024) [Transferred from California Northern on 2/16/2024.] (Entered: 01/31/2024) |
| 01/31/2024 | 28 | **ORDER Granting 27 Application for Admission of Attorney Pro Hac Vice. Signed by Judge Susan van Keulen on January 31, 2024. (svklc2, COURT STAFF) (Filed on 1/31/2024) [Transferred from California Northern on 2/16/2024.] (Entered: 01/31/2024)** |
| 02/02/2024 | 29 | STIPULATION *JOINT STIPULATION TO CONTINUE DEADLINE TO ANSWER OR OTHERWISE RESPOND TO COMPLAINT* filed by United States Patent and Trademark Office, Kathi Vidal. (Samples, John) (Filed on 2/2/2024) [Transferred from California Northern on 2/16/2024.] (Entered: 02/02/2024) |
| 02/05/2024 | 30 | **ORDER re 29 is approved. Signed by Judge Susan van Keulen on February 5, 2024. (svklc2, COURT STAFF) (Filed on 2/5/2024) [Transferred from California Northern on 2/16/2024.] (Entered: 02/05/2024)** |
| 02/09/2024 | 31 | STIPULATION WITH PROPOSED ORDER *JOINT STIPULATION TO TRANSFER CASE TO THE UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF VIRGINIA, AND [PROPOSED] ORDER* filed by United States Patent and Trademark Office, Kathi Vidal. (Samples, John) (Filed on 2/9/2024) [Transferred from California Northern on 2/16/2024.] (Entered: 02/09/2024) |
| 02/12/2024 | 32 | **ORDER Granting 31 Stipulation. The Clerk shall transfer this action to the United States District Court for the Eastern District of Virginia. Signed by Judge Susan van Keulen on February 12, 2024. (svklc2, COURT STAFF) (Filed on 2/12/2024) [Transferred from California Northern on 2/16/2024.] (Entered: 02/12/2024)** |
| 02/12/2024 | | Case electronically transferred to the Eastern District of Virginia. (mcl, COURT STAFF) (Filed on 2/12/2024) [Transferred from California Northern on 2/16/2024.] (Entered: 02/12/2024) |
| 02/16/2024 | 33 | Case transferred in from District of California Northern; Case Number 5:23-cv-05669. Original file and docket sheet received. (Entered: 02/16/2024) |
| 02/16/2024 | | Notification of transfer of civil case from the District of California Northern Case No. 5:23cv5669 to the Eastern District of Virginia. (ldab, ) (Entered: 02/16/2024) |
| 03/07/2024 | 34 | ORDERED that Defendants file their answer or a responsive pleading to Plaintiffs' Complaint within fourteen (14) days of the date of this Order. Signed by District Judge |

| | | |
|---|---|---|
| | | Patricia Tolliver Giles on 03/07/2024. (dvanm) (Entered: 03/07/2024) |
| 03/18/2024 | 35 | NOTICE of Appearance by Meghan Elizabeth Loftus on behalf of United States Patent and Trademark Office, Kathi Vidal (Loftus, Meghan) (Entered: 03/18/2024) |
| 03/18/2024 | 36 | Joint MOTION for Briefing Schedule by United States Patent and Trademark Office, Kathi Vidal. (Attachments: # 1 Proposed Order)(Loftus, Meghan) (Entered: 03/18/2024) |
| 03/19/2024 | 37 | ORDERED that the Motion (Dkt. 36) shall be GRANTED in part and DENIED in part;it is further ORDERED that Defendants shall file the complete administrative record of proceedings before the U.S. Patent and Trademark Office (USPTO) on or before March 20,2024. Signed by District Judge Patricia Tolliver Giles on 3/19/2024. (see order for details) (dvanm) (Entered: 03/19/2024) |
| 03/20/2024 | 38 | NOTICE by United States Patent and Trademark Office, Kathi Vidal *of Filing Administrative Record* (Attachments: # 1 Part 1, # 2 Part 2, # 3 Part 3)(Loftus, Meghan) (Entered: 03/20/2024) |
| 03/20/2024 | 39 | NOTICE by United States Patent and Trademark Office, Kathi Vidal *of Filing Administrative Record* (Attachments: # 1 Part 4, # 2 Part 5, # 3 Part 6)(Loftus, Meghan) (Entered: 03/20/2024) |
| 03/20/2024 | 40 | NOTICE by United States Patent and Trademark Office, Kathi Vidal *of Filing Administrative Record* (Attachments: # 1 Part 7, # 2 Part 8)(Loftus, Meghan) (Entered: 03/20/2024) |
| 03/21/2024 | | Administrative Record (3 Black Binders) received from defendants. (wgar, ) (Entered: 03/21/2024) |
| 04/17/2024 | 41 | NOTICE of Appearance by Lionel Marks Lavenue on behalf of BMW Manufacturing Co., LLC, BMW of North America LLC (Lavenue, Lionel) (Entered: 04/17/2024) |
| 04/17/2024 | 42 | MOTION for Summary Judgment by BMW Manufacturing Co., LLC, BMW of North America LLC. (Attachments: # 1 Proposed Order)(Lavenue, Lionel) (Entered: 04/17/2024) |
| 04/17/2024 | 43 | Memorandum in Support re 42 MOTION for Summary Judgment filed by BMW Manufacturing Co., LLC, BMW of North America LLC. (Lavenue, Lionel) (Entered: 04/17/2024) |
| 04/17/2024 | 44 | Notice of Hearing Date set for Thursday, June 27, 2024, at 10:00 a.m. re 42 MOTION for Summary Judgment (Lavenue, Lionel) (Entered: 04/17/2024) |
| 04/17/2024 | 45 | NOTICE of Appearance by Bradford C. Schulz on behalf of BMW Manufacturing Co., LLC, BMW of North America LLC (Schulz, Bradford) (Entered: 04/17/2024) |
| 04/19/2024 | | Set Deadline as to 42 MOTION for Summary Judgment. Motion Hearing set for 6/27/2024 at 10:00 AM in Alexandria Courtroom 801 before District Judge Patricia Tolliver Giles. (triver) (Entered: 04/19/2024) |
| 05/06/2024 | 46 | ORDER that the Clerk shall **CONTINUE** the 06/27/2024 hearing before this Court to 07/02/2024 at 11:00 a.m. Signed by District Judge Patricia Tolliver Giles on 05/06/24. (pmil, ) (Entered: 05/06/2024) |
| 05/06/2024 | | Reset Deadline as to 42 MOTION for Summary Judgment. **Motion Hearing set for 7/2/2024 at 11:00 AM** in Alexandria Courtroom 801 before District Judge Patricia Tolliver Giles. (pmil, ) (Entered: 05/06/2024) |
| 05/17/2024 | 47 | MOTION for Summary Judgment by United States Patent and Trademark Office, Kathi Vidal. (Loftus, Meghan) (Entered: 05/17/2024) |

| 05/17/2024 | 48 | Memorandum in Support re 47 MOTION for Summary Judgment filed by United States Patent and Trademark Office, Kathi Vidal. (Loftus, Meghan) (Entered: 05/17/2024) |
| 05/17/2024 | 49 | Notice of Hearing Date set for July 2, 2024 re 47 MOTION for Summary Judgment (Loftus, Meghan) (Entered: 05/17/2024) |
| 05/17/2024 | 50 | Opposition to 42 MOTION for Summary Judgment filed by United States Patent and Trademark Office, Kathi Vidal. (Loftus, Meghan) (Entered: 05/17/2024) |
| 05/20/2024 | | Set Deadline as to 47 MOTION for Summary Judgment. Motion Hearing set for 7/2/2024 at 11:00 AM in Alexandria Courtroom 801 before District Judge Patricia Tolliver Giles. (triv) (Entered: 05/20/2024) |
| 05/31/2024 | 51 | NOTICE of Appearance by Deanna Smiley on behalf of BMW Manufacturing Co., LLC, BMW of North America LLC (Smiley, Deanna) (Entered: 05/31/2024) |
| 05/31/2024 | 52 | Reply to 42 MOTION for Summary Judgment , 47 MOTION for Summary Judgment , 50 Opposition *Plaintiffs' Reply Memorandum in Support of Their Motion for Summary Judgment and in Opposition to Defendants' Cross Motion* filed by BMW Manufacturing Co., LLC, BMW of North America LLC. (Lavenue, Lionel) (Entered: 05/31/2024) |
| 05/31/2024 | 53 | Motion to appear Pro Hac Vice by Kara Specht and Certification of Local Counsel Lionel Marks Lavenue Filing fee $ 75, receipt number AVAEDC-9557819. by BMW Manufacturing Co., LLC, BMW of North America LLC. (Lavenue, Lionel) (Entered: 05/31/2024) |
| 05/31/2024 | 54 | ORDER granting 53 Motion for Pro hac vice Appointed Kara Spacht for BMW Manufacturing Co., LLC,Kara Spacht for BMW of North America LLC. Signed by District Judge Patricia Tolliver Giles on 5/31/2024. (swil) (Entered: 06/03/2024) |
| 06/14/2024 | 55 | Reply to Motion re 47 MOTION for Summary Judgment filed by United States Patent and Trademark Office, Kathi Vidal. (Loftus, Meghan) (Entered: 06/14/2024) |
| 06/24/2024 | 56 | MOTION for Electronic Device Application by BMW Manufacturing Co., LLC, BMW of North America LLC. (Attachments: # 1 Request to Use the Courts Evidence Presentation System)(Lavenue, Lionel) (Entered: 06/24/2024) |
| 06/24/2024 | 57 | ORDER denying 56 Motion for Electronic Device Application. Signed by District Judge Patricia Tolliver Giles on 06/24/2024. (dvanm) (Entered: 06/24/2024) |
| 07/02/2024 | 58 | Minute Entry for proceedings held before District Judge Patricia Tolliver Giles: Motion Hearing held on 7/2/2024. Appearances of Counsel for Plaintiffs and Counsel for Defendants. re: 42 MOTION for Summary Judgment filed by BMW of North America LLC, BMW Manufacturing Co., LLC, 47 MOTION for Summary Judgment filed by Kathi Vidal, United States Patent and Trademark Office - MATTER ARGUED AND TAKEN UNDER ADVISEMENT - ORDER TO FOLLOW. Court Reporter: S. Wallace (pmil, ) Modified on 7/2/2024 to edit text (pmil, ). (Main Document 58 replaced on 7/2/2024) (pmil, ). (Entered: 07/02/2024) |
| 07/23/2024 | 59 | TRANSCRIPT of proceedings held on 7-2-24, before Judge Patricia Tolliver Giles, Court Reporter/Transcriber Scott Wallace, Telephone number 202 277-3739. **NOTICE RE REDACTION OF TRANSCRIPTS:The parties have thirty(30) calendar days to file with the Court a Notice of Intent to Request Redaction of this transcript. If no such Notice is filed, the transcript will be made remotely electronically available to the public without redaction after 90 calendar days. The policy is located on our website at www.vaed.uscourts.gov Transcript may be viewed at the court public terminal or purchased through the court reporter/transcriber before the deadline for Release of** |

| | | |
|---|---|---|
| | | **Transcript Restriction. After that date it may be obtained through PACER Redaction Request due 8/22/2024. Redacted Transcript Deadline set for 9/23/2024. Release of Transcript Restriction set for 10/21/2024.**(wallace, scott) (Entered: 07/23/2024) |
| 01/09/2025 | 60 | MOTION to Withdraw *John Wesley Samples as Counsel for Defendants* by United States Patent and Trademark Office, Kathi Vidal. (Attachments: # 1 Proposed Order)(Loftus, Meghan) (Entered: 01/09/2025) |
| 01/09/2025 | 61 | NOTICE by United States Patent and Trademark Office, Kathi Vidal re 60 MOTION to Withdraw *John Wesley Samples as Counsel for Defendants (Waiver of Hearing)* (Loftus, Meghan) (Entered: 01/09/2025) |
| 01/09/2025 | 62 | ORDERED that the motion (Dkt. 60) is granted; and it is further ORDERED that the Clerk of Court shall remove Mr. Samples from receiving further CM/ECF notices in this case. Signed by Magistrate Judge William E. Fitzpatrick on 01/09/2025. (dvanm) (Entered: 01/10/2025) |
| 03/25/2025 | 63 | MEMORANDUM ORDER Granting in part and Denying in part BMW's Motion for Summary Judgment (Dkt. 42); it is further ORDERED that Defendants' Motion for Summary Judgment (Dkt. 47) is DENIED; it is further ORDERED that this matter is REMANDED to the Director due to the Director's failure to adequately explain her analysis as to the factual record before her on a ground-by-ground basis. Signed by District Judge Patricia Tolliver Giles on 3/25/2025. (see order for details)(dvanm) (Entered: 03/25/2025) |

| PACER Service Center | | |
|---|---|---|
| **Transaction Receipt** | | |
| 07/28/2026 21:45:10 | | |
| **PACER Login:** | mbhb0175 | **Client Code:** | |
| **Description:** | Docket Report | **Search Criteria:** | 1:24-cv-00235-PTG-WEF |
| **Billable Pages:** | 9 | **Cost:** | 0.90 |