**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
**ALEXANDRIA DIVISION**

| | |
|---|---|
| ROKU, INC.,<br><br>Plaintiff,<br><br>v.<br><br>UNITED STATES PATENT AND TRADEMARK OFFICE, and JOHN A. SQUIRES, in his official capacity performing the functions and duties of the Under Secretary of Commerce for Intellectual Property and Director, United States Patent and Trademark Office,<br><br>Defendants. | Civil Action No. 1:26-cv-1127 (MSN/WBP)<br><br>Administrative Procedure Act Case |

**NOTICE OF NAME CHANGE AND CONVERSION OF PLAINTIFF**

Plaintiff Roku, LLC f/k/a Roku, Inc., a Delaware entity, by counsel, hereby gives notice that, pursuant to duly executed and filed certificates of formation and merger under Delaware law, Roku Inc. has converted from a Delaware corporation to a Delaware limited liability company, Roku, LLC, which remains the same entity by operation of law. See Del. Code Ann. tit. 6, § 18-214. Per the certificate of merger, Roku, Inc., has been succeeded in merger by Roku, LLC. Roku, LLC is a Delaware limited liability company, and is a wholly owned subsidiary of Fox Corp.

The certificate of formation of Falcon Merger Sub 2, LLC, attached as **Exhibit A**, was executed on June 11, 2026, and filed with the Delaware Secretary of State on June 11, 2026.

The certificate of merger of Roku, Inc. with and into Falcon Merger Sub 2, LLC, attached as **Exhibit B**, was executed on November 6, 2026 and filed with the Delaware Secretary of State on November 6, 2026.

Roku, LLC is concurrently filing a Supplemental Financial Interest Disclosure Statement to reflect this change in ownership. All further pleadings shall refer to plaintiff by this name. Counsel of record remain the same for Roku and no prejudice to any party or to the Court, or delay of this action, will result from this name change and conversion

Dated: November 20, 2026.

Respectfully submitted,

/s/ *Craig C. Reilly*

Craig C. Reilly (VSB #20942)
429 N. St. Asaph Street
Alexandria, VA 22314
Tel: (703) 549-5354
craig.reilly@ccreillylaw.com

*OF COUNSEL:*

James L. Lovsin (pro hac vice)
Paul H. Berghoff (pro hac vice)
Alexandra E. Criner (pro hac vice)
McDonnell Boehnen Hulbert & Berghoff LLP
300 S. Wacker Drive, Suite 3100
Chicago, IL 60606-6709
Tel: (312) 913-0001

*Counsel for Roku, LLC f/k/a Roku, Inc.*