# EXHIBIT A

# Delaware

The First State



*I, CHARUNI PATIBANDA-SANCHEZ, SECRETARY OF STATE OF THE STATE OF DELAWARE, DO HEREBY CERTIFY THE ATTACHED IS A TRUE AND CORRECT COPY OF THE CERTIFICATE OF FORMATION OF "FALCON MERGER SUB 2, LLC", FILED IN THIS OFFICE ON THE ELEVENTH DAY OF JUNE, A.D. 2026, AT 7:33 O`CLOCK P.M.*

C. P. Sanchez

Charuni Patibanda-Sanchez, Secretary of State

10651796 8100
SR# 20263377820

Authentication: 204211966
Date: 06-11-26

You may verify this certificate online at corp.delaware.gov/authver.shtml

# CERTIFICATE OF FORMATION

# OF

# FALCON MERGER SUB 2, LLC

The undersigned, an authorized natural person, being duly authorized to execute and file this Certificate of Formation for the purpose of forming a limited liability company pursuant to the Delaware Limited Liability Company Act, 6 Del. C. Section 18-201, et seq., does hereby certify as follows:

**FIRST**: The name of the limited liability company is Falcon Merger Sub 2, LLC (the "**Company**").

**SECOND**: The address of the registered office of the Company in the State of Delaware is located at **3500 South DuPont Highway, Dover, DE 19901**. The name of its registered agent at such address is Incorporating Services, Ltd.

**IN WITNESS WHEREOF**, the undersigned has executed this Certificate of Formation as of June 11, 2026.

Laura A. Cleveland
Sole Incorporator

State of Delaware
Secretary of State
Division of Corporations
Delivered 07:33 PM 06/11/2026
FILED 07:33 PM 06/11/2026
SR 20263377820 - File Number 10659215