# EXHIBIT B

# Delaware

The First State



*I, CHARUNI PATIBANDA-SANCHEZ, SECRETARY OF STATE OF THE STATE OF DELAWARE, DO HEREBY CERTIFY THE ATTACHED IS A TRUE AND CORRECT COPY OF THE CERTIFICATE OF MERGER, WHICH MERGES:*

*"ROKU, INC.", A DELAWARE CORPORATION,*

*WITH AND INTO "FALCON MERGER SUB 2, LLC" UNDER THE NAME OF "ROKU, LLC", A LIMITED LIABILITY COMPANY ORGANIZED AND EXISTING UNDER THE LAWS OF THE STATE OF DELAWARE, AS RECEIVED AND FILED IN THIS OFFICE ON THE SIXTH DAY OF NOVEMBER, A.D. 2026, AT 8:23 O`CLOCK A.M.*

C. P. Sanchez

Charuni Patibanda-Sanchez, Secretary of State

10651796 8100M
SR# 20264936654

Authentication: 205653525
Date: 11-06-26

You may verify this certificate online at corp.delaware.gov/authver.shtml

State of Delaware
Secretary of State
Division of Corporations
Delivered 08:13 AM 11/06/2026
FILED 08:23 AM 11/06/2026
SR 20264936654 - File Number 10651796

**CERTIFICATE OF MERGER**

**OF**

**ROKU, INC.**

**WITH AND INTO**

**FALCON MERGER SUB 2, LLC**

November 6, 2026

In accordance with the provisions of Section 264(c) of the Delaware General Corporation Law (the "DGCL") and Section 18-209 of the Delaware Limited Liability Company Act (the "LLC Act"), the undersigned hereby certifies the following facts relating to the merger (the "Merger") of Roku, Inc., a Delaware corporation (the "Company"), with and into Falcon Merger Sub 2, LLC, a Delaware limited liability company ("Merger Sub").

FIRST: The name and state of formation of each of the constituent entities to the Merger (the "Constituent Entities") are as follows:

| Name | State of Formation |
|---|---|
| Roku, Inc. | Delaware |
| Falcon Merger Sub 2, LLC | Delaware |

SECOND: An Agreement and Plan of Merger, dated as of June 14, 2026, by and among the Company, Fox Corporation, a Delaware corporation, Falcon Merger Sub 1, Inc., a Delaware corporation, and Merger Sub (the "Merger Agreement") has been approved, adopted, executed and acknowledged by each of the Constituent Entities in accordance with the provisions of Section 264(c) of the DGCL and Section 18-209 of the LLC Act.

THIRD: Falcon Merger Sub 2, LLC will continue as the surviving entity in the Merger (the "Surviving Entity"). The name of Falcon Merger Sub 2, LLC as of the effective time of the Merger shall be changed to "Roku, LLC."

FOURTH: The Merger shall become effective upon the filing of this Certificate of Merger with the Secretary of State of the State of Delaware.

FIFTH: Upon the filing of this Certificate of Merger, the Certificate of Formation of the Surviving Entity as in effect immediately prior to the Merger shall be the Certificate of Formation of the Surviving Entity, except that the name of the Surviving Entity shall be changed to "Roku, LLC".

SIXTH: An executed copy of the Merger Agreement is on file at the offices of the Surviving Entity at the following address: 1173 Coleman Avenue, San Jose, California 95110.

SEVENTH: A copy of the Merger Agreement will be furnished by the Surviving Entity, on request and without cost, to any member of Merger Sub or stockholder of the Company.

[*Signature Page Follows*]

IN WITNESS WHEREOF, the undersigned surviving entity has caused this Certificate of Merger to be executed by an authorized officer as of the date first set forth above.

**FALCON MERGER SUB 2, LLC**

By: /s/ Steven Tomsic
Name: Steven Tomsic
Title: President